JKMcD: USAO 2013R00040

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL PHILLIP SCUDDER,<br>Defendant. | CRIMINAL NUMBER CCB-14-0333<br><br>(Mail Fraud, 18 U.S.C. 1341) |

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

#### Introduction

1. At all times pertinent to this Information, **MICHAEL PHILLIP SCUDDER** was the sole owner and operator of Precision Solutions, Inc. ("PSI"), a company engaged in bulk mail marketing which was based in Owings Mills, Maryland.

2. At all times pertinent to this Information, PSI's main client was a company engaged in the purchase of gold and other precious metals, for which **MICHAEL PHILLIP SCUDDER** and PSI mailed out bulk marketing materials.

3. **MICHAEL PHILLIP SCUDDER** opened a permit imprint (PI) advance deposit account with the United States Postal Service ("USPS"). A USPS PI account allows a business to present bulk mail to the USPS for mailing by printing PI indicia on envelopes instead of affixing a postage stamp to each piece of mail.

#### Bulk Mail Processing by the United States Postal Service

4. At all times pertinent to this Information, when a business with a PI account was ready

1

to present a mailing to USPS, it brought the mail to the USPS Business Mail Entry Unit ("BMEU") where the business held its account. BMEU personnel weighed the mail, counted containers and calculated the number of mail pieces to determine the total cost of postage for the mailing. BMEU personnel then debited the business' PI account accordingly. After BMEU personnel had performed their calculations and debited the business' PI account, the mail distributor took the mail into the attached USPS facility which processed the mail for delivery.

5. At all times pertinent to this Information, a business with a PI account could choose to transport the mailing itself to the USPS facility which was closest to the delivery addresses, and receive an additional discount on postage for doing so. When a business transported its own mail to a second USPS facility after it had paid for the postage at the BMEU, the USPS termed this delivery a Plant-Verified Drop Shipment ("PVDS"). A business with a PI account that chose this option was called a PVDS customer.

6. At all times pertinent to this Information, a PVDS customer was required to bring a postage statement to the BMEU, which detailed the type and weight of the mail being presented, as well as the total number of pieces and containers in the mailing. The PVDS customer was also required to fill out a PS Form 8125, PVDS Verification and Clearance ("8125"), for each mailing it intended to transport to a different USPS facility after verification. The PVDS customer filled out the mailer name, type of mail, gross weight, number of containers and destination USPS facility on the PS Form 8125. After verification and payment, BMEU personnel wrote the permit number, total number of pieces and total weight on the 8125, and stamped the form using a USPS round-date stamp. USPS personnel kept a copy of the 8125 at the BMEU and gave the original 8125 to the PVDS customer to present to the destination USPS facility as proof of payment. An

2

additional copy of the 8125 was also provided to the PVDS customer for his/her records.

7. At all times pertinent to this Information, when the PVDS customer transported the mail to the destination USPS facility, the customer provided the mail and the original 8125 to a USPS employee, generally a dock expeditor. The 8125 served as proof that postage had already been paid for the mail being presented. The dock expeditor reviewed the 8125 for completeness, ensured that the number of containers presented generally matched what was written on the 8125, and then accepted the mail into the facility.

### The Scheme To Defraud

8. Beginning in and around January 1, 2012, and continuing through in and around December 31, 2012, the defendant,

### MICHAEL PHILLIP SCUDDER

devised and intended to devise a scheme and artifice to defraud the United States Postal Service and to obtain money and property from the United States Postal Service by means of false and fraudulent pretenses, representations and promises by falsifying the Forms 8125 to increase the apparent number of pieces of mail that PSI had paid the postage for so that **MICHAEL PHILLIP SCUDDER** and PSI could mail a large volume of mail without paying the necessary postage.

### Manner and Means

9. It was a part of the scheme and artifice to defraud that **MICHAEL PHILLIP SCUDDER** or an employee acting at his direction took a few trays of bulk mail to a BMEU, had the mail counted, obtained a completed USPS Form 8125, and paid the postage on the bulk mail.

10. It was a further part of the scheme and artifice to defraud that **MICHAEL PHILLIP SCUDDER** then falsified the USPS Form 8125 by increasing the number of trays of bulk mail by

3

writing additional numbers on the completed USPS Form 8125.

11. It was a further part of the scheme and artifice to defraud that **MICHAEL PHILLIP SCUDDER** or an employee acting at his direction then took the falsified USPS Form 8125 and a large number of containers of bulk mail to the destination postal facility for mailing without paying the additional postage required for the true number of pieces of mail.

12. It was a further part of the scheme and artifice to defraud that during 2012, **MICHAEL PHILLIP SCUDDER** falsified the USPS Forms 8125 on at least 120 occasions, delivered large volumes of mail to the USPS without paying the necessary postage, and caused a loss of postage to the USPS in excess of $1.6 million, all while paying the USPS approximately $113,000.

## The Charge

13. On or about December 7, 2012, in the District of Maryland,

### MICHAEL PHILLIP SCUDDER

for the purpose of executing the scheme and artifice to defraud and attempting to do so, placed and caused to be placed 105 trays of mail matter and a forged 8125 in the USPS mail processing facility in Capitol Heights, Maryland, to be sent and delivered by the USPS, although **MICHAEL PHILLIP SCUDDER** had caused the postage to be paid on only 5 trays of mail.

18 U.S.C. §1341

Rod J. Rosenstein
UNITED STATES ATTORNEY

Date: July 7, 2014

4